UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| MONIQUE SARGENT,<br>    Plaintiff | )<br>)<br>) | |
| v. | )<br>)<br>) | 2:22-cv-00006-JAW |
| MAINEHEALTH,<br>    Defendant | )<br>) | |

## JUDGMENT

In accordance with the Order on Defendant's Motion for Judgment on the Pleadings, issued on June 14, 2022, by U.S. District Judge John A. Woodcock, Jr., the Plaintiff's Complaint is Dismissed without prejudice;

JUDGMENT of dismissal is hereby entered.

                                            CHRISTA K. BERRY
                                            Clerk of Court

                        By:

                                            /s/ Teagan Snyder
                                            Deputy Clerk

Dated this 14th day of June, 2022