# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **MONIQUE SARGENT,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | )   2:22-cv-00006-JAW |
| | ) |
| **MAINEHEALTH,** | ) |
| | ) |
| **Defendant** | ) |

## ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby **RECUSE** myself from acting in any proceeding in this matter.

Dated: June 15, 2022

/s/ Karen Frink Wolf
Karen Frink Wolf
United States Magistrate Judge